DANIEL LEAHY *et al.*, Appellants, v. JOHN T. DAVIS *et al.*, Respondents.

St. Louis Court of Appeals, May 3, 1892.

Jurisdiction of Appeals: AMOUNT INVOLVED. When the judgment in an action for $5,000 as damages (in this cause the action was for the death of a minor child) is only for $175, and the evidence does not show conclusively that the amount of the damages in any event must be within the jurisdiction of this court, the supreme court has jurisdiction of an appeal by the plaintiff.

*Appeal from the St. Louis County Circuit Court.*—HON. W. W. EDWARDS, Judge.

TRANSFERRED TO THE SUPREME COURT.

BIGGS, J.—In this action the plaintiffs claim that the death of their minor child was brought about by the negligence of the defendants. Damages were claimed in the sum of $5,000. There was a trial and judgment for the plaintiffs for $175. The plaintiffs have appealed, and complain that under the evidence the verdict and judgment are grossly inadequate.

We are of the opinion that we have no jurisdiction of this appeal. *Prima facie,* the jurisdiction is with the supreme court, and, as the evidence does not show conclusively that the amount of damages in any event must be within the jurisdiction of this court, the cause will have to be transferred to the supreme court. The order of transfer will, therefore, be made. All the judges concur.